# Claus Tomhave, Appellant, v. Richard H. Vortman, Appellee.

## (Not to be reported in full.)

Appeal from the Circuit Court of Morgan county; the Hon. NORMAN L. JONES, Judge, presiding. Heard in this court at the April term, 1916. Reversed and remanded. Opinion filed April 16, 1917.

## Statement of the Case.

Action of trespass by Claus Tomhave, plaintiff, against Richard H. Vortman, defendant, to recover for cutting of plaintiff's hedge trees. From a judgment for defendant, plaintiff appeals.

The appeal was transferred by the Supreme Court, to which it was originally taken, to the Appellate Court by the opinion in *Tomhave v. Vortman*, 274 Ill. 28, to which reference is made for statement of facts and issues.

JOHN J. REEVE and KIRBY, WILSON & BROCKHOUSE, for appellant.

WILLIAM N. HAIRGROVE and WILLIAM L. PATTON, for appellee.

MR. JUSTICE ELDREDGE delivered the opinion of the court.

## Abstract of the Decision.

1. LICENSES, § 29*—*when evidence insufficient to show license to cut trees.* Evidence *held* insufficient to show a license by plaintiff to defendant to cut certain trees standing on plaintiff's land, in an action to recover damages for such cutting, the only testi-

*See Illinois Notes Digest, Vols. XI to XV, and Cumulative Quarterly, same topic and section number.

mony as to such license being that of defendant, denied by plaintiff, that plaintiff in a certain conversation stated that they would let the trees in question grow up for posts and each take one-half.

2. LICENSES, § 34*—*when revocable at will.* A license given by a party to another to cut trees on the licensor's land, *held* to carry no interest in the realty and to be revocable at the will of the licensor.